UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 MJ 3241 NCC |
| | ) | |
| DARRION BRIDGETT, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen,

United States Attorney for the Eastern District of Missouri, and Angie E. Danis, Assistant United

States Attorney for said District, and moves this Court to order the defendant detained pending

trial, and further requests that a detention hearing be held at the time defendant's initial appearance

before the United States Magistrate Judge pursuant to Title 18, United States Code, Section 3141,

et. seq., and per current guidance from the Court.

As for its grounds for detention, the government requests this Court to consider the

following factors pursuant to Title 18, United States Code, Section 3142.

### The Nature and Circumstances of the Offense

3.      Title 18, United States Code, Section 3142(g) requires this Court to consider the

nature and characteristics of the offense charged.  The defendant is charged with being a felon in

possession of a firearm, and has been on supervised release for less than six (6) weeks under cause

number 4:19-CR-00531-HEA.  Furthermore, the vehicle the defendant was riding in fled from the

police and struck another police vehicle during its flight. As a result, the first of the § 3142(g)

factors weighs in favor of detention.

### The Weight of the Evidence Against the Defendant

4.      Section 3142(g)(2) requires this Court to consider the weight of the evidence against the defendant.  The government submits that the evidence against the defendant is strong. As described in the affidavit in support of the criminal complaint, three firearms, and various ammunition.

## The History and Characteristics of the Defendant

5.      This Court should consider the defendant's past conduct, including his history relating to drug or alcohol abuse, and criminal history.  *See* 18 U.S.C. § 3142(g)(2)(A).

## The Nature and Seriousness of the Danger to the Community

6.      The defendant possessed multiple loaded firearms and an extended magazine while on supervised release.  Furthermore, the defendant is an admitted member of the self-titled "Murdaa Gang," which frequently boasts of the commission of acts of violence on social media. The safety of the community would be at risk were the defendant to be released on bond.  *See* 18 U.S.C. § 3142(g)(4).

## Risk of Flight

7.      There a serious risk that the defendant will flee because he has demonstrated that he is not amenable to supervision.  Less than six weeks after being placed on supervised release, the defendant has been charged with an additional case.

## Conclusion

8.      The government submits that when considering all of the factors outlined in Title 18, United States Code, § 3142(g), the factors weigh heavily in favor of detention.  There is clear

and convincing evidence that no condition or combination of conditions that will reasonably assure

the safety of any other person and the community.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


/s/ Angie E. Danis
ANGIE E. DANIS, #64805MO
Assistant United States Attorney