FILED

AUG 20 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:20CR398 SRC/NCC |
| v. ) | |
| ) | |
| DARRION BRIDGETT, ) | |
| aka "Dee Murdaa," ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about August 6, 2020, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri, the defendant,

**DARRION BRIDGETT,**
**aka "Dee Murdaa,"**

knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess one or more firearms which previously traveled in interstate or foreign commerce during or prior to being in

1

the defendant's possession, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ANGIE E. DANIS, #64805MO
Assistant United States Attorney