**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-CR-00398-SRC-NCC |
| DARRION BRIDGETT, | ) ) ) |
| Defendant. | ) |

## ORDER

On August 17, 2020, this matter came before the undersigned for a hearing on the United States' Motion for Pretrial Detention (Doc. 4). At the hearing, Defendant informed the Court that he understood that he has been charge in a Complaint, voiced his understanding and elected to waive his right to a detention hearing. Following a discussion with Defendant's attorney, the Court then informed the Defendant that he would be detained until final disposition in this matter, and the Defendant voiced his understanding.

Based on the record made in open court, I find that defendant's waiver of a detention hearing is knowing, intelligent and voluntary**.** I have considered the Report of the Pretrial Services Office and all of the factors required to be considered by 18 U.S.C. § 3142(g) and I find that there are no conditions or combinations of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the United States' Motion for Pretrial Detention (Doc. 4) is **GRANTED**. Defendant is hereby committed to the custody of the Attorney General for

confinement in a corrections facility.  The defendant shall be afforded a reasonable opportunity for private consultations with counsel.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS FINALLY ORDERED** that the defendant be detained pending resolution of the complaint and that a Preliminary Hearing is set before the undersigned on August 31, 2020 at 10:00 AM. The hearing will take place by Zoom. Hearing participants will receive a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone: 1-669-254-5252, Meeting ID: 161 928 6499. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video. *If Defendant is indicted on the instant charges, the Preliminary Hearing will be vacated.*

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of August, 2020.